# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00344-CV

**Shawn Hizey, Appellant**

**v.**

**Deutsche Bank Trust Company Americas as Trustee for Rali 2007 QS2, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY,
NO. 13-0180-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal stating that appellant no longer wishes to pursue his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Joint Motion

Filed:   July 30, 2013